IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CDN INNOVATIONS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK TECHNOLOGIES CO., LTD., <br> TP-LINK INTERNATIONAL LTD., <br><br> Defendants, | Civil Action No. 4:22-cv-661 <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING CDN INNOVATIONS, LLC.'s MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE ON TP-LINK TECHONOLOGIES CO., LTD AND TP-LINK INTERNATIONAL LTD

Upon consideration of Plaintiff CDN Innovations, LLC's Motion for Leave to Effect Alternative Service (Dkt. #8) on Defendants TP-Link Technologies Co., Ltd., ("TP-Link Tech.") and TP-Link International Ltd. ("TP-Link Int'l"), the Court is of the opinion that the Motion should be, and hereby is, **GRANTED**.

It is therefore **ORDERED** that Plaintiff is permitted to serve TP-Link by delivering the summons and complaint either to TP-Link Technologies Co., Ltd.'s counsel of record at Kilpatrick, Townsend & Stockton LLP., or to TP-Link USA's registered agent, or both, either separately or concurrently, as proper under Rule 4(f)(3) and (h)(2).

**IT IS SO ORDERED.**
SIGNED this 27th day of September, 2022.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE